PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Isidro Ruiz      Cr.: 20-00427-001
     PACTS #: 6565043

Name of Sentencing Judicial Officer:    THE HONORABLE LEWIS A. KAPLAN
     UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
     SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/14/2005

Original Offense:    Count One: Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine 21 U.S.C. Sec. 846, a Class A Felony
Count Two: Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. 846 and 18 U.S.C. Sec. 2, a Class A Felony
Count Three: Conspiracy to Commit Robbery 18 U.S.C. 1951, a Class C Felony
Count Four: Possession of a Firearm in Relation to a Crime of Violence 18 U.S.C. Secs. 924(c)(1)(A) and 2, a Class A Felony

Original Sentence: 420 months imprisonment, 5 years supervised release

Special Conditions: Financial Disclosure, Special Assessment, Mental Health Treatment, Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: 10/03/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1.      Mr. Ruiz violated the following special condition of supervised release:

     **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

     On December 5, 2022, Mr. Ruiz submitted a urinalysis during a home contact visit and tested positive for alcohol. Mr. Ruiz admitted to consuming alcohol earlier in that evening and signed an admission of drug use form.

Prob 12A – page 2
Isidro Ruiz

U.S. Probation Officer Action:

Mr. Ruiz was verbally reprimanded for the use of alcohol and consequences for the continued use were discussed. Mr. Ruiz stated he consumed a beer after coming home from work. Pro-social alternatives for decompressing after workday were discussed and explored. The U.S. Probation Office will continue to monitor Mr. Ruiz' compliance with alcohol and drug use. We will notify the Court of any additional non-compliance. We respectfully request no action be taken against Mr. Ruiz at this time and allow this notice to serve as a written reprimand for the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____   12/09/2022
JOSEPH A. DAGROSSA                Date
Assistant Deputy Chief U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/12/2022
Date